Fill in this information to identify your case:

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Corretto LLC |
| 2. | All other names debtor used in the last 8 years. Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-4180877 |
| 4. | Debtor's address | **Principal place of business**<br>511 E 12th Street<br>New York, NY 10009<br>Number, Street, City, State & ZIP Code<br><br>New York<br>County<br><br>**Mailing address, if different from principal place of business**<br>185 E 2ND ST. #5B<br>NEW YORK, NY 10009<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | WWW.CAFFECORRETTONYC.COM |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor  **Corretto LLC**                                                    Case number (*if known*) _____
        Name

7. **Describe debtor's business**     A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____
    District _____  When _____  Relationship _____
                                              Case number, if known _____

| 11. | Why is the case filed in this district? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?  _____
                        Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

---

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☒ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **Corretto LLC**                                               Case number (if known) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2023**
               MM / DD / YYYY

X _[signature]_                                    **Colin Vickery**
Signature of authorized representative of debtor    Printed name

Title   **Member**

**18. Signature of attorney**

X  **/s/ Lawrence Morrison**                         Date   **September 17, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Lawrence Morrison**
Printed name

**Morrison Tenenbaum PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone  _____   Email address  **lmorrison@m-t-law.com**

**NY    2889590**
Bar number and State

Fill in this information to identify the case:

Debtor name  **Corretto LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2023**    X _____
                                         Signature of individual signing on behalf of debtor

                                         **Colin Vickery**
                                         Printed name

                                         **Member**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Corretto LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Caffe Corretto LLC<br>185 E. 2nd Street, #5B<br>New York, NY 10009 | | | Unliquidated | | | $100,000.00 |
| Charter Communications<br>PO Box 7186<br>Pasadena, CA 91109 | | | Unliquidated | | | $79.97 |
| Chase Credit<br>PO Box 15123<br>Wilmington, DE 19850 | | Business Credit | Unliquidated | | | $48,935.45 |
| Chase Credit<br>PO Box 15123<br>Wilmington, DE 19850 | | Business Credit | Unliquidated | | | $23,227.40 |
| ConEd Bankruptcy Group<br>4 Irving Place 9th Floor<br>New York, NY 10003 | | | Disputed | | | $1,824.96 |
| ConEd Bankruptcy Group<br>4 Irving Place 9th Floor<br>New York, NY 10003 | | | Disputed | | | $320.19 |
| Ecolab<br>1 Ecolab Place<br>Saint Paul, MN 55102 | | | Unliquidated | | | $1,783.74 |
| Gooder Grammar Inc.<br>68 Jay Street, Suite 201 SA/5<br>Brooklyn, NY 11201 | | | Unliquidated | | | $40,000.00 |

Debtor  **Corretto LLC**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Helbraun Levey<br>40 Fulton Street,<br>28th Floor<br>New York, NY 10038 | | Professional Services | Unliquidated | | | $1,855.00 |
| JP McHale Pest Management LLC<br>241 Bleakley Ave<br>Buchanan, NY 10511 | | | Unliquidated | | | $190.53 |
| Marcelli Formaggi LLC<br>PO Box 508<br>Wayne, NJ 07474 | | | Unliquidated | | | $489.79 |
| Provision Financial Solutions<br>106 Midway Road<br>Phoenixville, PA 19460 | | Professional Services | Unliquidated | | | $3,560.00 |
| Quench USA, Inc.<br>630 Allendale Road, Suite 200<br>King of Prussia, PA 19406 | | | Unliquidated | | | $381.06 |
| Superwash of Linden<br>450 W 42nd Street, Apt 22P<br>10036 | | | Unliquidated | | | $413.16 |
| The Chef's Warehouse<br>240 Food Center Drive<br>Bronx, NY 10474 | | | Unliquidated | | | $5,856.09 |
| United Healthcare<br>PO Box 94017<br>Palatine, IL 60094 | | | Unliquidated | | | $8,693.80 |
| United Healthcare<br>PO Box 94017<br>Palatine, IL 60094 | | | Unliquidated | | | $233.12 |
| USA Wine Imports, Inc.<br>285 West Broadway, Suite 330<br>New York, NY 10013 | | | Unliquidated | | | $504.00 |

# United States Bankruptcy Court
## Southern District of New York

In re  **Corretto LLC**                                        Case No.
                             Debtor(s)                         Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Caffe Corretto NYC LLC<br>185 E. 2nd Street, 5B<br>New York, NY 10009 | | 70% | |
| Elizabeth Pappas & Brent Waligory<br>205 W 54th Street, 10B<br>New York, NY 10019 | | .375% | |
| Gooder Grammar Inc.<br>68 Jay Street, Ste 201 #SA/5<br>Brooklyn, NY 11201 | | 6% | |
| Jacquie Colburn & Ken Colburn<br>12 Shannon Road<br>Bar Harbor, ME 04609 | | 2% | |
| James Vickery & Antigone Recachinas Vickery<br>1173 Southview Drive<br>Annapolis, MD 21409 | | 4% | |
| Miesko Tomcyzk<br>245 E 24th Street, #10B<br>New York, NY 10010 | | .375% | |
| Richard Blewett & Kathleen Blewett<br>136 Taunton Hill Rd<br>06470 | | 4% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 17, 2023**                Signature  _Colin Vickery_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of New York**

In re   Corretto LLC                                                    Case No. _____
                                        Debtor(s)                       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 17, 2023**            /s/ Colin Vickery
                                          Colin Vickery/Member
                                          Signer/Title

```
Caffe Corretto LLC
185 E. 2nd Street, #5B
New York, NY 10009


Charter Communications
PO Box 7186
Pasadena, CA 91109


Chase Credit
PO Box 15123
Wilmington, DE 19850


ConEd
Bankruptcy Group
4 Irving Place 9th Floor
New York, NY 10003


Ecolab
1 Ecolab Place
Saint Paul, MN 55102


Gooder Grammar Inc.
68 Jay Street, Suite 201 SA/5
Brooklyn, NY 11201


Helbraun Levey
40 Fulton Street, 28th Floor
New York, NY 10038


JP McHale Pest Management LLC
241 Bleakley Ave
Buchanan, NY 10511


Marcelli Formaggi LLC
PO Box 508
Wayne, NJ 07474


Provision Financial Solutions
106 Midway Road
Phoenixville, PA 19460


Quench USA, Inc.
630 Allendale Road, Suite 200
King of Prussia, PA 19406


Superwash of Linden
450 W 42nd Street, Apt 22P
10036


The Chef's Warehouse
240 Food Center Drive
Bronx, NY 10474


United Healthcare
PO Box 94017
Palatine, IL 60094
```

```
USA Wine Imports, Inc.
285 West Broadway, Suite 330
New York, NY 10013
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

CORRETTO LLC,

                Debtor.

-----------------------------------------------------------------X

Chapter 11

Case No. 23-_____

## DECLARATION PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

I, Colin Vickery, declare under the penalty of perjury, the following:

1. I am a member of Corretto LLC, the debtor in the above referenced Chapter 11 proceeding (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this declaration in accordance with the S.D.N.Y Local Bankruptcy Rule 1007-2 in support of the voluntary petition filed by the Debtor.

2. The Debtor is a New York limited liability company and was formed on August 26, 2022.

3. The Debtor is the owner and operator of a café restaurant located at 511 West 12th Street, New York, NY 10009.

4. This case did not commence as a Chapter 7 or Chapter proceeding and as such there has been no trustee or creditors' committee appointed in the case.

5. The immediate need for relief in this Court stems from a dispute with Consolidated Edison ("ConEd"), who provides electricity and gas to the Debtor's café, and ConEd's sudden discontinuance of service to the Debtor, which resulted forced the Debtor to cease operations as it could not serve its patrons and therefore led to substantial financial difficulty that caused the Debtor default on its debt obligations.

6. The following are the twenty (20) largest unsecured creditors, excluding insiders, in this Chapter 11 proceeding:

| Name & Address | Claim Amount | Type of Claim |
|---|---|---|
| Caffe Corretto LLC 185 E. 2nd Street, #5B New York, NY 10009 | $100,000 | Unliquidated |
| Charter Communications PO Box 7186 Pasadena, CA 91109 | $79.97 | Unliquidated |
| Chase Credit PO Box 15123 Wilmington, DE 19850 | $48,935.45 | Unliquidated |
| Chase Credit PO Box 15123 Wilmington, DE 19850 | 23,227.40 | Unliquidated |
| ConEd Bankruptcy Group 4 Irving Place 9th Floor New York, NY 10003 | $1,824.96 | Disputed |
| ConEd Bankruptcy Group 4 Irving Place 9th Floor New York, NY 10003 | $320.19 | Disputed |
| Ecolab 1 Ecolab Place Saint Paul, MN 55102 | $1,783.74 | Unliquidated |
| Gooder Grammar Inc. 68 Jay Street, Suite 201 SA/5 Brooklyn, NY 11201 | $40,000 | Unliquidated |
| Helbraun Levey 40 Fulton Street, 28th Floor New York, NY 10038 | $1,855.00 | Unliquidated |
| JP McHale Pest Management LLC 241 Bleakley Ave Buchanan, NY 10511 | $190.53 | Unliquidated |
| Marcelli Formaggi LLC PO Box 508 Wayne, NJ 07474 | $489.79 | Unliquidated |
| Provision Financial Solutions 106 Midway Road Phoenixville, PA 19460 | $3,560.00 | Unliquidated |
| Quench USA, Inc. 630 Allendale Road, Suite 200 King of Prussia, PA 19406 | $381.06 | Unliquidated |
| Superwash of Linden | $413.16 | Unliquidated |

|  |  |  |
|---|---|---|
| 450 W 42nd Street, Apt 22P 10036 |  |  |
| The Chef's Warehouse 240 Food Center Drive Bronx, NY 10474 | $5,856.09 | Unliquidated |
| United Healthcare PO Box 94017 Palatine, IL 60094 | $8,693.80 | Unliquidated |
| United Healthcare PO Box 94017 Palatine, IL 60094 | $233.12 | Unliquidated |
| USA Wine Imports, Inc. 285 Broadway, Suite 330 New York, NY 10013 | $504.00 | Unliquidated |

7. The Debtor does not currently have any largest secured creditors, excluding insiders, in this Chapter 11 proceeding.

8. The following is an approximate summary of my assets and liabilities in this case:

| Property | $59,000 |
|---|---|
| Secured Claims | $0.00 |
| Unsecured Priority Claims | $0.00 |
| Unsecured Nonpriority Claim | $109,705.86 |

9. The Debtor does not have any publicly held shares, debentures, or other securities.

10. Prior to being forced to cease its operations, the Debtor had 16 employees.

11. The Debtor expects to receive revenue from operations of the business in the amount of approximately $0.00 for the thirty (30) day period following the Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should be approximately $87,300.

New York, New York
Dated: September 16, 2023

Colin Vickery

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

CORRETTO LLC,
                                           Debtor.

Chapter 11

Case No. 23-_____ (    )

-----------------------------------------------------------------X

## CORPORATE RESOLUTION

    At the meeting of the members of CORRETTO LLC, (the "Company") a New York corporation, it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

    Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Colin Vickery, a member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Colin Vickery, a member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

    Be It Further Resolved, that that Colin Vickery, a member of the Company, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case

Dated: New York, New York
       September 16, 2023

                                                 By: _____
                                                     Colin Vickery, Member

# United States Bankruptcy Court
## Southern District of New York

In re **Corretto LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Corretto LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Caffe Corretto NYC LLC**
**185 E. 2nd Street, 5B**
**New York, NY 10009**

**Gooder Grammar Inc.**
**68 Jay Street, Ste 201 #SA/5**
**Brooklyn, NY 11201**

☐ None [*Check if applicable*]

**September 17, 2023**
Date

/s/ Lawrence Morrison
**Lawrence Morrison**
Signature of Attorney or Litigant
Counsel for **Corretto LLC**
**Morrison Tenenbaum PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
 **Fax:**
**lmorrison@m-t-law.com**